Per Curiam.

(No. 74-CC-414—

James E. Holder, Claimant, *vs.* State of Illinois, Department of Corrections, Respondent.

*Opinion filed October 25, 1974.*

James E. Holder, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 74-CC-789—

Mobil Oil Corporation, Claimant, *vs.* State of Illinois, Department of Transportation Respondent.

*Opinion filed October 25, 1974.*

James M. Lestikow, Attorney for Claimant.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.